# Order

Michigan Supreme Court
Lansing, Michigan

December 10, 2014

149919

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SCOTT A. DONNER,
      Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 149919
COA: 314665
Livingston CC: 11-020253-FH

On order of the Court, the application for leave to appeal the June 26, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014



Clerk

h1203